**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN E. BARCA, | CASE NO. 1:04cv6004 REC TAG |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **1:04cv6004 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

Dated:   **April 22, 2005**                                               /s/ Robert E. Coyle
                                                                                   United States District Judge

1