1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTI C. KAPETAN
Assistant U.S. Attorney
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California 93721
Telephone:  (559) 498-7316
5 |
Attorneys for Defendant
6 |
7 |
8 |          IN THE UNITED STATES DISTRICT COURT FOR THE
9 |                 EASTERN DISTRICT OF CALIFORNIA
10 |
11 | ERIN E. BARCA,                    )   CASE NO. 1:04cv6004 TAG
                                      )
12 |               Plaintiff,         )
                                      )   STIPULATION AND ORDER
13 |          v.                      )   FOR REMAND PURSUANT TO
                                      )   SENTENCE FOUR OF 42 U.S.C.
14 | JO ANNE B. BARNHART,             )   § 405(g), and
Commissioner of Social               )
15 | Security,                        )   REQUEST FOR ENTRY OF JUDGMENT
                                      )
16 |               Defendant.         )
_____)
17 |
18 |     IT IS HEREBY STIPULATED, by and between the parties, through
19 | their respective counsel of record, that this action be remanded
20 | to the Commissioner of Social Security for further administrative
21 | action pursuant to section 205(g) of the Social Security Act, as
22 | amended, 42 U.S.C. § 405(g), sentence four.
23 |     The purpose of the remand is to offer Claimant a new
24 | administrative hearing and decision.
25 |     On remand, the Appeals Council will instruct an
26 | Administrative Law Judge("ALJ") to take the following action:
27 |   1.  Evaluate Claimant's residual functional capacity in
28 | accordance with Social Security Ruling 96-8p;

1    2.  Evaluate Claimant's mental impairment in accordance with 20

2   C.F.R. 404.920(a); and

3    3.  Take any additional steps necessary to complete the

4   administrative record.

5    4.  Claimant has filed a subsequent application on April 2,

6   2004.  The prior claim renders this subsequent claim duplicate.

7   Therefore the Appeals Council will consolidate the claims.

8

9                              Respectfully submitted,

10

11
    Dated: April 18, 2005        /s/ Stuart Barasch
12                               (As authorized via facsimile)
                                 STUART BARASCH
13                               Attorney for Plaintiff

14  Dated: April 18, 2005        McGREGOR W. SCOTT
                                 United States Attorney
15

16                               /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
17                               Assistant U.S. Attorney

18  IT IS SO ORDERED.

19  **Dated:   April 21, 2005**          **/s/ Theresa A. Goldner**
    j6eb3d                       UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28