|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | KRISTI C. KAPETAN |
|   | Assistant U.S. Attorney |
| 3 | 3654 Federal Building |
|   | 1130 "O" Street, Room 3654 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 498-7316 |
| 5 |   |
|   | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| ERIN E. BARCA, | ) | CASE NO. 1:04cv6004 TAG |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | STIPULATION AND ORDER |
|   | ) | AWARDING EAJA ATTORNEY FEES |
| v. | ) |   |
|   | ) |   |
| JO ANNE B. BARNHART, | ) |   |
| Commissioner of Social | ) |   |
| Security, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

   IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of NINE HUNDRED SIXTY-THREE DOLLARS AND FIFTEEN CENTS $963.15.  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                          Respectfully submitted,

Dated: May 11, 2005                /s/ Stuart Barasch
                                        (As authorized via facsimile)
                                        STUART BARASCH
                                        Attorney for Plaintiff

Dated: May 12, 2005                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 12, 2005**                **/s/ Theresa A. Goldner**
j6eb3d                                             UNITED STATES MAGISTRATE JUDGE